Rob A. Justman, Esq. (*Pro Hac Vice Pending*)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for the Defendant, RLI Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Zarzava,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RLI Insurance Company; Roe Insurers I-V;<br><br>　　　　　Defendants. | **No. 2:25-cv-00988-GMN-DJA**<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff Nicholas Zarzava ("Zarzava") and Defendant RLI Insurance Company ("RLI") hereby stipulate and agree to extend the date for Defendant RLI to answer or otherwise plead in response to Plaintiff's Complaint. RLI's responsive pleading is currently due on June 17, 2025. The parties wish to extend that date by 10 days, with a new deadline to answer or otherwise plead by June 27, 2025. This extension of time is requested so that

counsel for RLI can attend to his spouse following a serious medical procedure. This is the first stipulation for extension of time to file an answer or responsive pleading.

RESPECTFULLY SUBMITTED June 17, 2025.

THE CAVANAGH LAW FIRM, PA

By: /s/ Rob A. Justman
Rob A. Justman (*Pro Hac Vice Pending*)
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

LITCHFIELD CAVO, LLP

By: /s/ Marisa A. Pocci
Marisa A. Pocci, Nevada Bar No. 10720
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169

*Attorneys for the Defendant, RLI Insurance Company*

PRICE & BECKSTROM

By: /s/ Christopher Beckstrom
Christopher Beckstrom, Nevada Bar No. 14031
1404 S. Jones Blvd.
Las Vegas, Nevada 89146

*Attorney for the Plaintiff, Nicholas Zarzava*

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 6/17/2025

2