**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Nicholas Zarzava

        Plaintiff(s),

vs.

RLI Insurance Company

        Defendant(s).

Case #2:25-cv-00988-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Rob A. Justman, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Cavanagh Law Firm, P.A.
(firm name)

with offices at 1850 North Central Avenue, Suite 1900,
(street address)

Phoenix, Arizona, 85050,
(city)     (state)     (zip code)

602-350-8180, rjustman@cavanaghlaw.com.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

RLI Insurance Company to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____May 18, 2006_____, Petitioner has been and presently is a
                          (date)
member in good standing of the bar of the highest Court of the State of _____Arizona_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Utah Supreme Court | October 21, 2004 | 10173 |
| Arizona Supreme Court | May 18, 2006 | 24436 |
| United States District Court, Utah | October 21, 2004 | N/A |
| United States District Court, Arizona | June 5, 2006 | N/A |
| United States District Court, New Mexico | October 18, 2022 | N/A |
| United States District Court, Colorado | October 13, 2022 | N/A |
| US Court of Appeals, Ninth Circuit, Tenth Circuit | 7/22/08, 5/18/06 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Arizona State Bar Association, Utah State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Fall of 2022 | D.R. Horton v. NGM | Nevada District Court | Granted |
| May 2024 | Mt Hawley v Richards | Nevada District Court | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                Petitioner's signature
   STATE OF ____Arizona____  )
5                                      )
   COUNTY OF ____Maricopa____  )
6

7        ____Rob A. Justman____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9                                                                Petitioner's signature

10 Subscribed and sworn to before me this

11 __16th__ day of __June__, __2025__.
12

13 __[signature] Lori Dee Gilroy__      [Notary Seal: Notary Public State of Arizona, Maricopa County, Lori Dee Gilroy, My Commission Expires 7/23/2026, Commission Number 631166]
    Notary Public or Clerk of Court
14

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
            THE BAR OF THIS COURT AND CONSENT THERETO.**
17
    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
believes it to be in the best interests of the client(s) to designate ____Marisa Pocci____,
19                                                              (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
above-entitled Court as associate resident counsel in this action. The address and email address of
21
said designated Nevada counsel is:
22

23 __3993 Howard Hughes Parkway, Suite 100__,
                                             (street address)
24
   __Las Vegas__, __Nevada__, __89169__,
25     (city)                (state)          (zip code)

26    __702-949-9303__, __Pocci@LitchfieldCavo.com__.
   (area code + telephone number)    (Email address)
27

28                                                              4                                                                         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Marisa Pocci_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____*[signature]*_____
(party's signature)

Tom Arvanitis, Director, Claims Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____*Marisa A. Pocci*_____
Designated Resident Nevada Counsel's signature

__10720__          Pocci@LitchfieldCavo.com
Bar number         Email address

APPROVED:

Dated: this __18__ day of __June__, 20__25__.

_____*[signature]*_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar of Arizona, **ROBERT A JUSTMAN**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 18, 2006, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  06-05-2025

*Mark McCall*

Mark McCall
Associate Disciplinary Clerk

COGS24048BD4A8D7

AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Robert A. Justman

Bar #  **10173**,  was duly admitted to practice in this Court on 10/21/2004, and is in good standing as a member of the bar of this Court.



Dated at Salt Lake City, Utah
on June 4, 2025

Gary P. Serdar

*Clerk*

_____
*(By) Deputy Clerk*



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

IN THE SUPREME COURT OF THE STATE OF UTAH

_____

UNITED STATES OF AMERICA } ss.
STATE OF UTAH

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein ROBERT A. JUSTMAN, #10173, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 21st day of October, 2004.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 5th day of June, A.D. 2025

*Nicole Gray*



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Rob A. Justman was duly admitted to practice in this Court on July 22, 2008 and is in good standing in this Court.

Dated at San Francisco, California on June 4, 2025.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit



for the Tenth Circuit

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Robert A. Justman was

duly admitted to practice before this Court on May 18, 2006,

and is in good standing. There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on June 4, 2025.

CHRISTOPHER M. WOLPERT

Clerk of Court

By S. Thieme

Deputy Clerk

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Debra D. Lucas, Clerk of this Court, certify that Robert Anthony Justman was duly admitted to practice in this Court on June 5, 2006, and is in good standing as a member of the Bar of this Court.

Dated at Phoenix, Arizona, on June 9, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

Beth Stephenson
DEPUTY CLERK



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Rob A. Justman

Admission date: 10/13/2022

was admitted to practice in this court
and is in good standing.

Dated: June 5, 2025            *Jeffrey P. Colwell*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

## CERTIFICATE OF GOOD STANDING

I, _____ MITCHELL R. ELFERS _____, Clerk of this Court,

certify that _____ ROB A. JUSTMAN _____, Bar # _____ 22-272 _____,

was duly admitted to practice in this Court on _____ 10/18/2022 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ ALBUQUERQUE, NM _____ on _____ 06/09/2025 _____
(Location)                                            (Date)

MITCHELL R. ELFERS
CLERK

DEPUTY CLERK