Rob A. Justman, Esq. (*Admitted Pro Hac Vice*)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for the Defendant, RLI Insurance Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Zarzava,<br><br>              Plaintiff,<br><br>       vs.<br><br>RLI Insurance Company; Roe Insurers I-V;<br><br>              Defendants. | No. 2:25-cv-00988-GMN-DJA<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(Second Request)** |

Plaintiff Nicholas Zarzava ("Zarzava") and Defendant RLI Insurance Company ("RLI") hereby stipulate and agree to extend the date for Defendant RLI to answer or otherwise plead in response to Plaintiff's Complaint. RLI's responsive pleading is currently due on June 27, 2025. The parties wish to extend that date by 6 days, with a new deadline to answer or otherwise plead by July 3, 2025. This second extension of time is requested in

the aftermath of RLI's counsel's attention to family health concerns.

RESPECTFULLY SUBMITTED June 27, 2025.

THE CAVANAGH LAW FIRM, PA

By: /s/ Rob A. Justman
Rob A. Justman (*Admitted Pro Hac Vice*)
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

LITCHFIELD CAVO, LLP

By: /s/ Marisa A. Pocci
Marisa A. Pocci, Nevada Bar No. 10720
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169

*Attorneys for the Defendant, RLI Insurance Company*

PRICE & BECKSTROM

By: /s/ Christopher Beckstrom
Christopher Beckstrom, Nevada Bar No. 14031
1404 S. Jones Blvd.
Las Vegas, Nevada 89146

*Attorney for the Plaintiff, Nicholas Zarzava*

IT IS SO ORDERED:

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: 6/30/2025

2