Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS ZARZAVA;<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY; ROE INSURERS I-V;<br><br>Defendants. | Case No.: 2:25-cv-00988-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ABSTAIN AND REMAND [ECF NO. 16]** |

COMES NOW Plaintiff NICHOLAS ZARZAVA, by and through counsel of record of the law firm of PRICE & BECKSTROM, and Defendant RLI INSURANCE COMPANY, by and through counsel of record of the law firms of THE CAVANAGH LAW FIRM, PA and LITCHFIELD CAVO, LLP, and hereby stipulate and agree to extend the date for Plaintiff NICHOLAS ZARZAVA to file his reply in support of his Motion to Abstain and Remand [ECF No. 16]. His reply is currently due on

/ / /

— 1 —

Friday July 25, 2025, and the Defendant has provided the professional courtesy to Plaintiff's counsel to extend this deadline such that the reply will be due on or before Wednesday, July 30, 2025.

      IT IS SO STIPULATED this 24th day of July, 2025, by:

_/s/ Christopher Beckstrom_
Christopher Beckstrom, Esq.
Nevada Bar No. 14031
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, NV 89146
*Attorney for Plaintiff*

_/s/ Rob A. Justman (with permission)_
Rob A. Justman, Esq.
*Admitted Pro Hac Vice*
THE CAVANAGH LAW FIRM, PA
1850 North Central Avenue, Suite 1900
Phoenix, AZ 85004

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
LITCHFIELD CAVO, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
*Attorneys for Defendant RLI Insurance Company*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: July 25, 2025

— 2 —