Rob A. Justman, Esq. (*Admitted Pro Hac Vice*)
The Cavanagh Law Firm, PA
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
(602) 350-8180
rjustman@cavanaghlaw.com

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
Litchfield Cavo, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
(702) 949-3100
pocci@litchfieldcavo.com
*Attorneys for the Defendant, RLI Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Nicholas Zarzava,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RLI Insurance Company; Roe Insurers I-V;<br><br>　　　　　Defendants. | **No. 2:25-cv-00988-GMN-DJA**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM UNDER FED. R. CIV. P. 12(b)(6) (DOC. 18)**<br><br>**[First Request]** |

Plaintiff Nicholas Zarzava ("Zarzava") and Defendant RLI Insurance Company ("RLI") hereby stipulate and agree to extend the date for Defendant RLI to file its response to Plaintiff's Motion to Dismiss the Counterclaim under Fed. R. Civ. P. 12(b)(6) (Doc. 18). RLI's response is currently due on August 6, 2025. The parties wish to extend that date by 2 days, with a new deadline to file the response by August 8, 2025.

RESPECTFULLY SUBMITTED August 4, 2025.

THE CAVANAGH LAW FIRM, PA

By: */s/ Rob A. Justman*
Rob A. Justman (*Admitted Pro Hac Vice*)
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

LITCHFIELD CAVO, LLP

By: */s/ Marisa A. Pocci*
Marisa A. Pocci, Nevada Bar No. 10720
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169

*Attorneys for the Defendant, RLI Insurance Company*

PRICE & BECKSTROM

By: */s/ Christopher Beckstrom (with permission)*
Christopher Beckstrom, Nevada Bar No. 14031
1404 S. Jones Blvd.
Las Vegas, Nevada 89146

*Attorney for the Plaintiff, Nicholas Zarzava*

IT IS SO ORDERED.

Dated this __6__ day of August, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2