Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS ZARZAVA;<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY; ROE INSURERS I-V;<br><br>Defendants. | Case No.: 2:25-cv-00988-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIM UNDER FED. R. CIV. P. 12(b)(6) [ECF NO. 18] (SECOND REQUEST)** |

COMES NOW Plaintiff NICHOLAS ZARZAVA, by and through counsel of record of the law firm of PRICE & BECKSTROM, and Defendant RLI INSURANCE COMPANY, by and through counsel of record of the law firms of THE CAVANAGH LAW FIRM, PA and LITCHFIELD CAVO, LLP, and hereby stipulate and agree to extend the date for Plaintiff NICHOLAS ZARZAVA to file his reply in support of his Motion to Dismiss Counterclaim Under Fed. R. Civ. P. 12(b)(6) [ECF No. 18]. The parties previously stipulated to an extension until August 22, 2025, but due to Plaintiff's counsel's health concerns and unforeseen scheduling issues, he has requested, and Defendant's counsel has graciously provided, the professional courtesy of an additional one-week extension for Plaintiff to file his reply brief. No additional extensions of this deadline will be requested.

WHEREFORE, the parties do stipulate that the new deadline for Plaintiff to file his reply in support of his Motion to Dismiss Counterclaim Under Fed. R. Civ. P. 12(b)(6) [ECF No. 18] shall be August 29, 2025.

IT IS SO STIPULATED this 22nd day of August, 2025, by:

__/s/ Christopher Beckstrom_____
Christopher Beckstrom, Esq.
Nevada Bar No. 14031
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, NV 89146
*Attorney for Plaintiff*

/s/ Rob. A Justman (with permission)_____
Rob A. Justman, Esq.
*Admitted Pro Hac Vice*
THE CAVANAGH LAW FIRM, PA
1850 North Central Avenue, Suite 1900
Phoenix, AZ 85004

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
LITCHFIELD CAVO, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
*Attorneys for Defendant RLI Insurance Company*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 27, 2025

— 2 —