Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLAS ZARZAVA;<br><br>Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY; ROE INSURERS I-V;<br><br>Defendants. | Case No.: 2:25-cv-00988-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

COMES NOW Plaintiff NICHOLAS ZARZAVA, by and through counsel of record of the law firm of PRICE & BECKSTROM, and Defendant RLI INSURANCE COMPANY, by and through counsel of record of the law firms of THE CAVANAGH LAW FIRM, PA and LITCHFIELD CAVO, LLP, and hereby stipulate and agree to that the above-entitled lawsuit be dismissed with prejudice, with each party to bear its own costs and attorney fees.

IT IS FURTHER STIPULATED that no judgment will be entered in the instant matter.

IT IS FURTHER STIPULATED that the parties' stipulation renders moot the pending Motion to Dismiss Counterclaim Under Fed. R. Civ. P. 12(b)(6) [ECF No. 18]. No decision will be required with respect to said motion.

/ / /

IT IS FURTHER STIPULATED by and between the parties that no request for trial setting has been filed with the court in this action, nor has this matter been set for trial.

IT IS SO STIPULATED this 10th day of December, 2025, by:

/s/ Christopher Beckstrom
Christopher Beckstrom, Esq.
Nevada Bar No. 14031
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, NV 89146
*Attorney for Plaintiff*

/s/ Rob Justman (with permission)
Rob A. Justman, Esq.
*Admitted Pro Hac Vice*
THE CAVANAGH LAW FIRM, PA
1850 North Central Avenue, Suite 1900
Phoenix, AZ 85004

Marisa A. Pocci, Esq.
Nevada Bar No. 10720
LITCHFIELD CAVO, LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
*Attorneys for Defendant RLI Insurance Company*

## ORDER

It is so ordered.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, (ECF No. 18), is **DENIED** as moot.

The Clerk of Court is kindly directed to close the case.

Dated this  10  day of December, 2025.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT